ORIGINAL

FILED
HARRISBURG
APR 0 4 2006
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

SHERI L. LYDIC and TIMOTHY WILEY,
Plaintiffs

v.  CASE NUMBER: 1:05-CV-0904

ROBERT ROTZ, JUL HAULMAN, JAN ATKINSON, LINDA MANDEL, L-3 COMMUNICATIONS VERTEX AEROSPACE,
Defendant

(Judge Conner)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT JUDGMENT BE AND IS HEREBY ENTERED in favor of defendant ROBERT ROTZ and against plaintiffs SHERI L. LYDIC and TIMOTHY WILEY, on the First Amendment <u>Bivens</u> claims, pursuant to order of court, dated April 4, 2006.

Date: April 4, 2006

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk